IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DYLAN HOVICK,                                                                                           PLAINTIFF
ADC #172159

v.                                            4:22CV00297-KGB-JTK

JARED BYERS, et al.                                                                                  DEFENDANTS

### ORDER

Having reviewed Dylan Hovick's ("Plaintiff") Complaint (Doc. No. 1) for screening purposes,[1] the Court concludes service of Plaintiff's claims against Defendants Jared Byers, Dexter Payne, Claudia Harris, Rodney Ford, Evertt Litszey, William Freeman, IV, Kirk, and Nunnry is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Byers, Payne, Harris, Ford, Litszey, Freeman, Kirk, and Nunnry. The United States Marshal shall serve a copy of the Complaint (Doc. No. 1), Summons, and this Order on Defendants Byers, Payne, Harris, Ford, Litszey, Freeman, Kirk, and Nunnry without prepayment of fees and costs or security therefore.  Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 6th day of June, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a); *Lewis v. Estes*, 242 F.3d 375 (8th Cir. 2000) (per curiam) (§ 1915A's screening requirement applies regardless of fee status).