IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DYLAN HOVICK,     PLAINTIFF
ADC #172159

v.     4:22CV00297-KGB-JTK

JARED BYERS, et al.     DEFENDANTS

## ORDER

Summons served on Defendants Kirk and Rodney Ford were returned unexecuted. (Doc. Nos. 18, 19). The Court has been provided a last known address for Defendants Kirk and Ford that will be maintained under seal. (Id.).

The Clerk of the Court shall reissue Summonses for Defendants Kirk and Ford, address under seal, and the United States Marshal shall serve a copy of the Complaint (Doc. No. 1), Summons, and this Order on Defendants Kirk and Ford without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 7th day of July, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE