# THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**DYLAN HOVICK**                                                                          **PLAINTIFF**
**ADC #172159**

**v.**                                      **Case No. 4:22-cv-00297-KGB**

**JARED BYERS,** *et al.*                                                                **DEFENDANT**

## ORDER

Before the Court are the Proposed Findings and Recommendations ("Recommendation") filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 62).   No party has filed objections, and the time for filing objections has passed.   After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 62).   The Court grants plaintiff Dylan Hovick's motion to withdraw 42 U.S.C. § 1983 complaint and dismisses without prejudice this case (Dkt. No. 61). The Court denies as moot defendant's pending motion for summary judgment (Dkt. No. 45).

It is so ordered this 27th day of February, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge